UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ROB W. ROBERTS,

       Petitioner,

Case No. 2:18-cv-205

v.

Honorable Paul L. Maloney

KRISTIE KIBBEY ETUE,

       Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(3) for lack of subject matter jurisdiction.

Dated:  December 14, 2018             /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge